IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE VALDES ALVAREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>PAMELA BONDI, in their official capacity as Attorney General of the United States, et al.,<br><br>        Defendants. | 8:25-CV-672<br><br>ORDER TO SHOW CAUSE |

The petitioner, Jose Valdes Alvarez, seeks immediate release from the Sarpy County Jail in Papillion, Nebraska, where he's being held by U.S. Immigration and Customs Enforcement. Filing 1. He alleges, in brief, that he's being detained unlawfully because of the Board of Immigration Appeals' position that he is not entitled to a bond redetermination hearing. *See* filing 1. He has also filed a motion for temporary restraining order and preliminary injunction (filing 3) seeking interim relief.

The Court cannot determine, on the face of the petition, whether the petitioner is entitled to the writ. Accordingly, pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1. The petitioner's motion for a temporary restraining order and preliminary injunction (filing 2) is granted in part and denied in part as set forth below.

2. The petitioner shall serve his petition and a copy of this order on the respondents as soon as is practicable, and file proof of such service with the Court.

3. The respondents shall, within three business days of being served, make a return certifying the true cause of the petitioner's detention and showing cause why the writ should not be granted, unless they file a motion showing good cause for additional time to respond, not to exceed twenty days.

4. The petitioner may reply in support of his petition within three business days of the respondent's return, unless he files a motion showing good cause for additional time to reply.

5. When briefing is complete, the Court will set a prompt hearing on this matter.

6. The respondents are enjoined from removing the petitioner from the United States or from the District of Nebraska until further order of the Court.

Dated this 21st day of November, 2025.

BY THE COURT:

*John M. Gerrard* (signature)
John M. Gerrard
Senior United States District Judge