IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE VALDES ALVAREZ,<br><br>    Petitioner,<br><br>vs.<br><br>TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement, et al.,<br><br>    Defendants. | 8:25-CV-672<br><br>JUDGMENT AND CONDITIONAL WRIT OF HABEAS CORPUS |

  For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before December 19, 2025, or else the petitioner must be immediately released from detention.

  Dated this 12th day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge